In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-534 CR


____________________



GREGORY WAYNE HAVARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 77031






MEMORANDUM OPINION (1)


 Gregory Wayne Havard was convicted and sentenced on an indictment for
aggravated assault. Havard filed a notice of appeal on November 5, 2003. The trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk.

 On December 23, 2003, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The appellant received an
extension of time to obtain an amended certification, but the trial court denied the
appellant's motion for permission to appeal. The record has not been supplemented with
an amended certification. Because a certification that shows the defendant has the right
of appeal has not been made part of the record, the appeal must be dismissed. See Tex.
R. App. P. 25.2(d).

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered January 29, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.